IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**COVINGTON SPECIALTY**
**INSURANCE COMPANY**                                                                 **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 3:18CV222-MPM-RP**

**CROFT PACKAGE STORE, LLC,**
**A MISSISSIPPI LIMITED**
**LIABILITY COMPANY, et al.**                                              **DEFENDANTS**

## ORDER DENYING MOTION TO STAY DISCOVERY AND CONTINUE TRIAL

The parties jointly seek to stay discovery and continue trial pending rulings on two motions for summary judgment. Docket 58. They assert that "staying discovery has the potential to result in a less expensive determination of this matter by protecting the Parties from potential undue burden and expense of conducting discovery on certain issues that may be rendered moot by the Court's summary judgment ruling." *Id.* at 3.

Simply asserting that motions for summary judgment are pending or have merit is insufficient to stay discovery and continue trial. Certainly every party that files a motion for summary judgment believes that there is at least some merit to the motion and would prefer not to have to defend or pursue litigation until he receives a ruling on the motion. However, that belief alone is insufficient to halt a case, particularly in this circumstance where the motion to stay was filed two days before the deadline for discovery. The court declines to delay discovery that might be necessary to prepare this case for trial if necessary simply because parties have filed potentially dispositive motions.

Therefore, the Motion to Stay Discovery and Continue Trial Date is DENIED.

SO ORDERED, this, the 11th day of September, 2019.

/s/ Roy Percy
UNITED STATES MAGISTRATE